UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 07-395 (PAM/RLE)

United States of America,

      Plaintiff,

**ORDER TO SEAL**

v.

Roxanne Stillday,

      Defendant.

Defendant's Motion to Seal has come before this Court.  Based upon the Affidavit in Support of this Motion,

IT IS HEREBY ORDERED:

    1.    Defendant's Motion to Seal is GRANTED.

Dated:   July 10   , 2008

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court